

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00603-CR

Chad William **BALLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-03-10907-CR
The Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice